

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00020-CV

RANDY DALE BARNETT, Appellant

V.

JERRY COYLE, Appellee

On Appeal from the 62nd District Court
Lamar County, Texas
Trial Court No. 84100

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

The appellant, Randy Dale Barnett, has filed a motion with this Court seeking to dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     July 13, 2015
Date Decided:       July 14, 2015